OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN



GERALD C. MANN
ATTORNEY GENERAL

Honorable Tom L. Beauchamp
Secretary of State
Austin, Texas

Dear Sir:                    Attention: Claude A. Williams

Opinion No. 0-1158
Re: Necessity of Attorney
    General to approve dis-
    solution of a farmers'
    cooperative society.

          Your request for an opinion of this department
as to the necessity of the Attorney General's approval of
the dissolution of a farmers' cooperative society organ-
ized under Article 2514-84 has been received by this de-
partment.

          Your letter calls attention to the requirements
of Article 2517, Revised Civil Statutes of Texas, provid-
ing for the filling of charters and amendments to charters
of such corporations, and requiring that before the said
charters and amendments be filed by the Secretary of State
they must first be approved by the office of the Attorney
General. However, there is nothing in Article 2517 sug-
gestive of the intention of the Legislature that upon dis-
solution of such corporation that the Attorney General
must approve the dissolution.

          The articles of our statutes relating to the in-
corporation and regulation of such societies are Articles
2514 to 2584, inclusive, Revised Civil Statutes. We are
unable to find anything in the above statutes that would
support any conclusion that the Attorney General must ap-
prove the dissolution of a farmers' cooperative society.
The general statutes of this state on the dissolution of
corporations do not require the Attorney General to ap-
prove the dissolution of a corporation.

          You are advised that it is the opinion of this
department that it is not necessary for the  Attorney Gen-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Tom L. Beauchamp, Page 2


eral to approve the dissolution of a farmers' cooperative
society.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By MORRIS HODGES (Signed)
Morris Hodges
Assistant

MH:GO

APPROVED JUL. 31, 1939

W. F. MOORE (Signed)

FIRST ASSISTANT ATTORNEY GENERAL

APPROVED
Opinion Committee
By R.W.F.
Chairman